JOHN P. AUSTIN, III v. MICHAEL LANDOLF.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH VESPA.

June 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. RICKY LEE PETERSON.

June 3, 1981.

Petition for certification denied.

RAYMOND H. WILLIAMS, JR. v. WESTERN
ELECTRIC COMPANY.

June 3, 1981.

Petition for certification denied.